FILED IN UNITED STATES DISTRICT
COURT, DISTRICT OF UTAH

OCT 22 2014

D. MARK JONES, CLERK
BY_____
          DEPUTY CLERK

UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

KEVIN WAYNE MCDANIELS,
          Plaintiff.

          vs.

Mr. Goff, Ogden City Police Dept.

Tim Scott, Officer of Ogden City Police Dept,

Mayor of Ogden Utah,

Ogden Co. Prosecutors Office,

Federal Bureau Of Investigation, Utah,

William Kendall, Assistant U.S. Attorney,Utah, sued in their

Individual and Official capacity.

          Defendants.

Case No:.  _____

AMENDED    COMPLAINT

JURY TRIAL DEMANDED

## PRELIMINARY STATEMENT

This is a Civil Rights Action filed by "Kevin W. McDaniels" a Federal Prisoner, for damages on the "State Tort Claims Act" "42 U.S.C. § 1983""Federal Tort Claims Act""Bivens", for "False Imprisonment""Mental Anguish""Fright and Shock" failure to assist in receiving a Downward Departure for substantial assistance in solving a Murder case.

## JURISDICTION.

The Court has jurisdiction over the plaintiff's claims of violation of Federal Constitutional Rights under 42 U.S.C. § 1331(a)and 1343.

The Court has Supplemental Jurisdiction over the plaintiff's State Law Tort Claims under 28 U.S.C. § 1367.

## EXHAUSTION OF REMEDIES

The Lower Court fail to Grant In forma Pauperis, denying plaintiff Access to the Courts, furthermore this is a case where the plaintiff is assisting the Government in Solving a Murder case.

PARTIES

1. Kevin McDaniels, is the plaintiff, he is presently incarcerated
   at F.C.I. Otisville, P.O. Box 1000, Otisville, NY 10963.
2. Mr. Goff, is a Officer employed at Ogden City Police Dept.
3. Tim Scott, is a Officer employed at Ogden City Police Dept.
4. Mayor of Ogden Utah, is the Mayor of Ogden Utah.
5. Ogden Co. Prosecutors Office, is the Prosecutors Office.
6. FBI, Federal Bureau of Investigation, in Utah.
7. William Kendall, U.S. Attorneys Office, Utah.
8. these defendants are being sued in their Individual and Official
capacity.

STATEMENT OF THE CASE.

   Plaintiff has continously provided information to the above
defendants regarding the October 24, 2008, Murder of "Jeffrey
Bancroft" and they have placed plaintiff's life in jeopardy and
also plaintiff's family. There were promises made that if plaintiff
assisted with the b elow information that he would receive a Downward
Departure on his Federal Sentence, and plaintiff has been lied
to only placing plaintiff's life in Jeopardy by Paul Hall and
other inmates within the Federal Bureau of Prisons, which now
the inmates know plaintiff is an informant so he has to live in
fear of his life until his release date of September 11, 2020.
   Plaintiff wouldd show unto this Court that in 2012, he provided
the below information to Detective Goff in which plaintiff made
it clear that he would assist Law Enforcement in exchange for
receiving time off his Federal Sentence and he was only lied to.
   Plaintiff hereby sets forth the below listed facts and will
testify in Court to these facts concerning the October 24, 2008,
Murder of "Jeffrey Bancroft" which occured in Ogden Utan.

On September 14, 2012, plaintiff was placed in the cell[USP Beaumont], with Paul Ryan Hall, who confessed to his participation in the Jeffrey Bancroft  Murder case, he stated these facts. I along with Tony Garcia were the one's who pulled up beside Jeffrey Bacroft at  the Restaurant and Tony  Garcia fired two shots out the window at Jeffrey Bancroft, which killed him.

Paul stated this: I was partying at  the Motel 6 on Washington Blvd, with a Prostitute named <u>Brandy</u>, and Tony Garcia shows up at  the Room, we decided to go get something to eat, I[Paul Hall], get in the back seat of Tony;s car and we drive to the 24 hour restaurant, as we pull in we see Jeffrey Bancroft at the Drive Thru window we wait until he pulls away from the window, we follow him and pull up beside him, Tony fires two(2) shots out the front passenger window, hitting  Bancroft, he crashes, we keep driving. A Month Later, me[Paul Hall], and Tony Garcia went the same Motel 6  on  Washington Blvd in a Stolen Car, we pull out of the parking lot the police gets behind us we ended up in a High-Speed chase.....Paul states to plaintiff he is going  to tell the police that tony  confessed to him during the High Speed chase that he was the one that shot and killed Bancroft, paul not wanting to put himself in the car on the night of the killing, in which if Paul Hall had nothing  to do with it he should have come forward to Law Enforcement if he had nothing  to do with it.

Paul Hall was arrested December 18, 2008 for carjacking but not the Bancroft Case. Paul Hall and Tony Garcia are responsible for the death  of Jeffrey Bancroft. Paul Hall requested the information from his wife Lisa in Ogden Utah, a week later it was sent in and Paul; Hall objected to it saying that's not the name of the restaurant and saying, the Prostitute Brandy is dead now so I dont have top worry about her testifying against me she's dead. these are facts that paul Ryan Hall stated to plaintiff placing him at the crime scene of Jeffrey Bancroft on October 24, 2008..

The above defendants have caused "Mental Anguish" to the plaintiff
and plaintiff's family, based upon plaintiff trying to assist
the Government in solving a Murder case[Jeffrey Bancroft], and
now all the Inmates in the Federal Bureau of Prisons know that
plaintiff is an Informant and provided information against Paul
Ryan Hall, which plaintiff has to live in fear day and night which
the defendants have lied to him, promising plaintiff that they
would contact AUSA Lance Crick-Greenville S.C. requesting a Downward
Departure for plaintiff, a reduction on his Federal Sentence and
they have not, plaintiff is willing to testify to the above facts.

Plaintiff hereby moves this Court to Grant the below listed
relief:

COMPENSATORY DAMAGES:

1. $150,000,00, against detective Goff.
2, $ 150,000,00, against Tim Scott.
3. $ 150,000,00, against Mayor of Ogden Utah.
4. $ 150,000,00, against Ogden Co. Prosecutors Office.
5. $ 150,000,00, against FBI.
6. $ 150,000,00, William Kendall.

PUNITIVE DAMAGES:

1. $ 150,000,00, against detective Goff.
2. $ 150,000,00, against Tim Scott.
3. $ 150,000,00, against Mayor of Ogden Utah.
4. $ 150,000,00, against Ogden Co. Prosecutors Office.
5. $ 150,000,00, against FBI.
6. $ 150,000,00, against William kendall.

ATTORNEY FEES:

Grant Attorney Fee's in the amount of $ 150,000,00.

" I declare under penalty of perjury the above is true and correct
Prayed for on this 25th day of Sept 2014. /S/ _____
                                              Kevin McDaniels

-4-