IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| KEVIN WAYNE McDANIELS,<br><br>           Plaintiff,<br><br>v.<br><br>FNU GOFF, OGDEN CITY POLICE DEPARTMENT, TIM SCOTT, MAYOR OF OGDEN, UTAH (MIKE CALDWELL), OGDEN COUNTY PROSECUTOR'S OFFICE, FEDERAL BUREAU OF INVESTIGATION, WILLIAM KENSALL,<br><br>           Defendants. | ORDER ADOPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE PEAD<br><br>Case No. 1:14-cv-00124-DN-DBP<br><br>District Judge David Nuffer |

The Report and Recommendation[1] issued by United States Magistrate Judge Dustin B. Pead on August 24, 2015 recommends denial of motions seeking to compel law enforcement agencies to investigate the alleged murder of Jeffrey Bancroft,[2] and motions seeking default against defendants,[3] and a motion to amend the complaint.[4]

The parties were notified of their right to file objections to the Report and Recommendation within 14 days of service pursuant to 28 U.S.C. § 636 and Fed. R. Civ. P. 72. As of the date of this Order, no objection has been filed to the Report and Recommendation.

---

[1] Docket no. 54, filed Aug. 24, 2015.

[2] Motion Requesting an Order from the Court to Have Law Enforcement Come to the Prison to Interview Kevin McDaniels to Assist in Solving the Jeffrey Bancroft Murder Case, docket no. 29, filed on Mar. 30, 2015; Motino for an Order to Have the FBI/ATF Interview Paul Ryan Hall and Tony Garcia for the Murder of Jeffrey Bancroft, docket no. 30, filed Mar. 30, 2015; Motion Requesting an Order from the Court to Have a Local RBI/ATF Agent to Come to Institution to Speak with Plaintiff About the Murder of Jeffrey Bancroft, docket no. 31, filed on Mar. 30, 2015; Motion for an Order to Have U.S. Marshals / ATF Record Plaintiff's Testimony by Phone, docket no. 49, filed on July 31, 2015.

[3] Motion for the Court to Deny Defendants' Continuance and Enter Default Judgment Against Defendants, docket no. 50, filed on June 15, 2015; Motion for Entry of Default Against FBI, Salt Lake Division, docket no. 51, filed on July 30, 2015.

[4] Motion to Amend Affidavit, docket no. 33, filed Mar. 30, 2015.

De novo review of all materials, including the record that was before the magistrate judge and the reasoning set forth in the Report and Recommendation, has been completed. The analysis and conclusion of the magistrate judge are correct and the Report and Recommendation will be adopted.

IT IS HEREBY ORDERED that the Report and Recommendation[5] is ADOPTED.

Signed this 14th day of September, 2015.

BY THE COURT

_____
David Nuffer
United States District Court Judge

---

[5] Docket no. 54, filed Aug. 24, 2015.