IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH, NORTHERN DIVISION

| | |
|---|---|
| KEVIN WAYNE McDANIELS,<br><br>          Plaintiff,<br>v.<br><br>FNU GOFF, OGDEN CITY POLICE DEPARTMENT, TIM SCOTT, MAYOR OF OGDEN, UTAH (MIKE CALDWELL), OGDEN COUNTY PROSECUTOR'S OFFICE, FEDERAL BUREAU OF INVESTIGATION, WILLIAM KENDALL.<br><br>          Defendants. | REPORT AND RECOMMENDATION<br><br>Case No. 1:14-cv-00124-DN-DBP<br><br>District Judge David Nuffer<br><br>Magistrate Judge Dustin B. Pead |

This matter was referred to the court pursuant to 28 U.S.C. § 636(b)(1)(B). (ECF No. 38.) On May 27, 2016, Defendants Federal Bureau of Investigation and William Kendal filed a motion to dismiss. (ECF No. 86.) Plaintiff Kevin Wayne McDaniels did not respond to that motion within the allotted time. *See* D.U. Civ. R. 7-1(b)(3)(A). Likewise, Plaintiff did not respond after the Defendants submitted the motion for the court's consideration. (*See* ECF No. 89.)

Accordingly, the court ordered Plaintiff to respond to the motion to dismiss no later than December 23, 2016. (ECF No. 92.) Plaintiff was warned the failure to respond "will result in dismissal of the entire case for lack of prosecution." (*Id.*) Despite this explicit warning, Plaintiff has not responded to the motion to dismiss or the court's Order.

## **RECOMMENDATION**

Based on the foregoing, the court hereby **RECOMMENDS** the District Court **DISMISS** Plaintiff's case for lack of prosecution.

Copies of the foregoing Report and Recommendation are being sent to all parties who are hereby notified of their right to object. Within **fourteen (14) days** of being served with a copy, any party may serve and file written objections. Failure to object may constitute a waiver of objections upon subsequent review.

Dated this 4th day of January, 2017.        By the Court:

_____
Dustin B. Pead
United States Magistrate Judge