IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| KEVIN WAYNE MCDANIELS,<br><br>  Plaintiff,<br>v.<br><br>FNU GOFF, OGDEN CITY POLICE DEPARTMENT, TIM SCOTT, MAY OF OGDEN, UTAH (MIKE CALDWELL), OGDEN COUNTY PROSECUTOR'S OFFICE, FEDERAL BUREAU OF INVESTIGATION, WILLIAM KENDALL,<br><br>  Defendants. | **ORDER ADOPTING REPORT AND RECOMMENDATION**<br><br>Case No. 1:14-CV-124-DN-DBP<br><br>District Judge David Nuffer |

The Report and Recommendation[1] issued by United States Magistrate Judge Dustin B. Pead on January 4, 2017 recommends that Plaintiff's case be dismissed for lack of prosecution.

The parties were notified of their right to file objections to the Report and Recommendation within 14 days of service pursuant to 28 U.S.C. § 636 and Fed. R. Civ. P. 72. No party filed written objections to the Report and Recommendation as provided by rules of court. Therefore, the analysis and conclusion of the Magistrate Judge are accepted and

IT IS HEREBY ORDERED that the Report and Recommendation[2] is ADOPTED and the above-captioned case is DISMISSED with prejudice. The Clerk shall close the case.

Signed January 24, 2017.

BY THE COURT

_____
District Judge David Nuffer

---

[1] Docket no. 95, entered Jan. 4, 2017.

[2] *Id*.